IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE F. JONES,

    Petitioner,

v.                                       CASE NO. 4:05-cv-00125-MP-AK

TADLOCK,

    Respondent.
_____/

# O R D E R

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Willie F. Jones. Petitioner has also filed a motion for leave to proceed *in forma pauperis*. Doc. 2. Having carefully considered the motion for IFP, the Court finds that it is well taken.

As to the petition, the Court is of the opinion that Petitioner, who complains about actions taken by the Florida Parole Commission in revoking his parole, has filed this action on the improper form. This is not a § 2241 matter; instead, this is a § 2254 matter against the Parole Commission. The Clerk will be directed to send Petitioner the appropriate forms. Petitioner will therefore be required to file an "amended petition," clearly designated as such, providing all relevant dates and court proceedings requested on the form and naming the Florida Parole Commission as the appropriate respondent.

The amended petition must set forth on the § 2254 form itself all grounds for relief, a summary of specific facts supporting each ground raised, and the relief requested. § 2254 Rule 2(c). Petitioner may file a supporting memorandum, but his claims must be set forth on the petition itself, and incorporation of a lengthy memorandum is not appropriate under § 2254 Rule 2(c). *See also Buenoano v. Singletary*, 74 F.3d 1078, 1081 n.1 (11th Cir.) (citing *Kennedy v.*

*Herring*, 54 F.3d 678, 681-82 n.1 (11th Cir. 1995) ("expressly disapprov[ing of this practice" of submitting habeas corpus petition which "reads as if it is both a petition and a brief" with "conclusory references to reported decisions"), *cert. denied*, 117 S.Ct. 520 (1996). The memorandum may not exceed twenty-five pages.

Petitioner is reminded that there are certain preliminary matters, such as timeliness and exhaustion, which must be considered, and thus, particular attention should be paid to filling out those sections of the form completely and accurately. Petitioner is also reminded that in order to be eligible for habeas corpus relief, he must set forth grounds showing that "he is in custody in violation of the Constitution or laws or treaties or the United States." 28 U.S.C. § 2254(a).

Accordingly, it is **ORDERED**:

1. The motion to proceed *in forma pauperis*, Doc. 2, is **GRANTED.**

2. The Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2241 petition.

3. No later than **May 31, 2005**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records.

4. **Failure to respond to this order as directed or any future orders will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this 25th day of April, 2005.

s/A. Kornblum
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

*Case No: 4:05-cv-00125-MP-AK*